UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE:

    Menichas Usher Inc.

                            Debtor.
-----------------------------------------------------------X

**NOTICE OF APPEARANCE**

CHAPTER 11
Case No.: 15-22575-rdd

**S I R S :**

      **PLEASE TAKE NOTICE,** that Bank of America, N.A., hereby appears in this action and the undersigned has been retained as attorneys and demands that you serve all papers in this action upon the undersigned at the address stated below.

Dated: Bay Shore, New York
       May 28, 2015

Frenkel, Lambert, Weiss, Weisman & Gordon, LLP

By: _/s/ Karen Sheehan_
Karen M. Sheehan, Esq.
53 Gibson Street
Bay Shore, New York 11706
(631) 969-3100
Our File No.:01-037266-B02

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
IN RE:                                                                               CASE NO.: 15-22575-rdd

Menichas Usher Inc.                                                          CHAPTER 11

                             Debtor.                                       Judge: Robert D. Drain
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      I, Megan M. Owens, do certify that on June 1, 2015, I electronically filed the within Notice of Appearance in the above titled case with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification of such filing to the following:

Menichas Usher Inc.
11 Sunrise Drive, Unit 6
Monsey, NY 10952

U.S. Trustee
United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014


                                                    /s/ Megan Owens
                                                     Megan Owens